UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. CR 09-0835 CRB |
| v. | ) | |
| | ) | **ORDER APPOINTING COUNSEL** |
| JOHN CULLUM, | ) | |
| Defendant(s). | ) | |

Having reviewed defendant's financial declaration, the Court finds that defendant qualifies for appointment of counsel under the Criminal Justice Act. **IT IS ORDERED** that the Federal Public Defender is appointed to represent defendant.

Dated: August 28, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.09\CULLUM APPT. ATTY ORDER.wpd

1