| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant CULLUM |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 02-40190-CW |
|---|---|
| | ) CR 02-40176-CW |
| Plaintiff, | ) CR 09-0835-CW |
| | ) |
| vs. | ) STIPULATION TO CONTINUE; |
| | ) PROPOSED ORDERING CONTINUING |
| JOHN BENNETT CULLUM, | ) CASE AND EXCLUDING TIME UNDER |
| | ) THE SPEEDY TRIAL ACT |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of February 1, 2010 presently scheduled at 10:00 a.m., before the Honorable Laurel Beeler, be vacated and re-set for February 22, 2010 at 10:00 a.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

The reason for this request is that defense counsel needs additional time to review discovery, investigate, and discuss this case with Mr. Cullum. Additionally, new government counsel is taking over the case. The Probation Office has been contacted and does not object.

The parties agree and stipulate that the time until February 22, 2010 should be excluded, under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public

1  trial. The continuance is necessary to accommodate counsel's preparation efforts.

2  _____          /s/_____
   Date    1/28/10                         John Paul Reichmuth
3                                          Assistant Federal Public Defender
                                           Counsel for defendant CULLUM
4

5

6  _____          /s/_____
   Date    1/28/10                         Brian C. Lewis
7                                          Assistant United States Attorney

8

9     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth
                                           Counsel for Defendant Cullum

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1                                               ORDER

2         The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned mattersare continued to February 22, 2010 at 10:00 a.m. before Hon. Laurel Beeler, United States Magistrate Judge, and that time is excluded from February 1, 2010 to February 22, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A).

        IT IS SO ORDERED.

1/29/2010                                                /s/ Laurel Beeler
Date                                                      HON. LAUREL BEELER
                                                          UNITED STATES MAGISTRATE JUDGE