IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN BENNETT CULLUM,<br><br>    Defendant.<br>_____/ | No. CR-09-00835 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

Defendant John Bennett Cullum's plea of guilty is accepted by the Court as to Count (1) One of the Indictment charging Defendant John Bennett Cullum with unarmed bank robbery in violation of 18 U.S.C. Section 2113(a).  Sentencing is set for Wednesday, August 4, 2010 at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 6/2/2010

*Claudia Wilken* (signature)
CLAUDIA WILKEN
United States District Judge

cc:  LB, Probation, Wings